UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1160(JMR/RLE)

| | | |
|---|---|---|
| Lonnie L. Halbert | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Central Rivers Cooperative | ) | |

On May 22, 2000, the Honorable Raymond L. Erickson, United States Magistrate Judge, issued a Report and Recommendation in the above-entitled action. Neither party filed timely objections to the Report, pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

Plaintiff's application to proceed in forma pauperis [Docket No. 2] is denied.

Dated: July 7th, 2000

JAMES M. ROSENBAUM
United States District Judge