UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Lonnie L. Halbert,

Plaintiff,

vs. ORDER

Central Rivers Cooperative,

Defendants. Civ. No. 00-1160 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of January, 2001.

The above-entitled matter came before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's Motion for an extension of time in which to effectuate service of process upon the Defendant. Good cause has been shown for an extension of thirty (30) days from the date of this Order.

WHEREFORE, it is --

ORDERED:

1. That the Plaintiff's Motion for an Extension of Time to Effectuate Service of Process on the Defendant [Docket No. 7] is GRANTED in part.

FILED JAN 05 2001
FR
JUDGMENT
DEPUTY CLERK

2. That the Plaintiff shall be, and hereby is, granted an extension of time until **February 7, 2001,** in which to effect proper service upon the Defendant.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE