UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1160(JMR/RLE)

| | | |
|---|---|---|
| Lonnie L. Halbert | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Central Rivers Cooperative | ) | |

Plaintiff objects to the Report and Recommendation, issued February 22, 2001, by the Honorable Raymond L. Erickson, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2). Plaintiff contends his failure to pay the required filing fee in a timely manner was the result of confusion, rather than any deliberate delay. As he has now paid the fee, plaintiff requests that his action not be dismissed, but be allowed to proceed.

Based upon a de novo review of the record herein, the Court determines dismissal is too harsh a remedy for plaintiff's lack of alacrity in paying the necessary fee. Plaintiff has now cured his failure and will be allowed to proceed in this matter.

IT IS SO ORDERED.

Dated: April 24th, 2001

JAMES M. ROSENBAUM
United States District Judge

APR 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK