UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Lonnie L. Halbert,

Plaintiff,

vs. ORDER OF DISMISSAL

Central Rivers Cooperative,

Defendant. Civ. No. 00-1160 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Chief Judge James M. Rosenbaum
United States District Court

DATED: February 19th, 2002
At Minneapolis, Minnesota

FILED
RICHARD D. SLETTEN, CLERK
FEB 19 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

# FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600
www.faegre.com

ANGELA M. CRANDALL
acrandall@faegre.com
612.766.6928

February 13, 2002

Magistrate Judge Raymond L. Erickson
U.S. Magistrate Judge
412 Federal Building
515 West First Street
Duluth, MN 55802

**BY FACSIMILE**

Re: Lonnie Halbert v. Central Rivers Cooperative, Inc. v. Lonnie
Civil No. 00-1160 (JMR/RLE)

Dear Magistrate Judge Erickson:

Pursuant to the Settlement Conference Order of February 12, 2002, directing the parties to notify the Court if the above-referenced action has settled, the purpose of this letter is to advise the Court that the parties have agreed to settlement terms in this matter, but have not yet finalized the settlement.

Very truly yours,

Angela M. Crandall

AMC:lokme

cc: John Klassen

M1:847059.01