UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lonnie L. Halbert,<br><br>Plaintiff,<br><br>vs.<br><br>Federated Co-ops, Inc., a Minnesota Corporation, formerly known as Central Rivers Cooperative,<br><br>Defendant. | Civil No. 00-1160 JMR/RLE<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: March 8, 2002

NEATON, PUKLICH & KLASSEN, P.A

[signature]

John A. Klassen, #24434X
Neaton, Puklich & Klassen
601 Carlson Parkway
Suite 620
Minnetonka, MN 55305

Attorneys for Plaintiff

FILED MAR 21 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

**EXHIBIT B**

Dated: March 11, 2002

FAEGRE & BENSON LLP

Angela M. Crandall

Charles F. Knapp, #220371
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant

**EXHIBIT B**

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: March 19, 2002

The Honorable James M. Rosenbaum
United States District Court Judge

M1:835300.01